**FILED**

9/24/2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN ULYSSES ESQUEDA PEREZ,<br><br>　　　　　Defendant. | Case No.  2:23-cr-00212-DJC<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release BRIAN ULYSSES ESQUEDA PEREZ – Case No. 2:23-cr-00212-DJC; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

_____ Release on Personal Recognizance

**X**   Other:  Defendant sentenced to a term of imprisonment of TIME SERVED as of 9/27/2024 at 8:00 AM.  Defendant shall arrange for his own transportation to be admitted to WellSpace, 1550 Juliesse Avenue, Sacramento, CA 95815, before 2:00 PM on the day of release from custody.

_____ Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 9/24/2024 at 1:15 PM.

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE